UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
**JERMAINE CLARKE,**

                       **Plaintiff,**　　　　　　　　　　**ORDER**

          **-against-**　　　　　　　　　　　　　**11-CV-5792 (NG)**

**CITY OF NEW YORK, et al.,**

                       **Defendants.**
-------------------------------------------------------------x

**ROANNE L. MANN, UNITED STATES MAGISTRATE JUDGE:**

      The parties have informed this Court that they have accepted its settlement proposal. They are directed to file a Stipulation of Discontinuance with the Clerk of the Court via ECF no later than **July 2, 2012**.

      The Clerk is directed to docket and serve this Order via ECF.

      **SO ORDERED.**

Dated:　Brooklyn, New York
　　　　May 31, 2012

                                   **ROANNE L. MANN**
                                   **UNITED STATES MAGISTRATE JUDGE**